**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cassandra Michelle PEOPLES,**
**Defendant–Appellant.**

No. 05–12151
Non–Argument Calendar.
D.C. Docket No. 95–01022–CR–1–MMP.

United States Court of Appeals,
Eleventh Circuit.

Jan. 23, 2006.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, Tallahassee, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and COX, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Cassandra Michelle Peoples, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Peoples's conviction and sentence are **AFFIRMED**.